IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CV-725-FL

| | | |
|---|---|---|
| PATRICIA ADAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ISAAC I. WILLIAMS; GREGORY A. | ) | |
| LACEFIELD; CAMILO SAAVEDRA; | ) | |
| THOMAS LORENZINI; LTC WALKER; | ) | |
| DAVID LAMAUK; SPECIAL AGENT | ) | |
| ANDREW MARTEN; and, SPECIAL | ) | |
| AGENT O'MEARA, | ) | |
| | ) | |
| Defendants. | ) | |

UPON CONSIDERATION OF the United States' Motion for Reconsideration of Initial Order for Scheduling and Planning, and the entire record,

IT IS HEREBY ORDERED on this <u>15th</u> day of January, 2014, that the United States' motion is GRANTED;

IT IS FURTHER ORDERED that this Order be vacated until such time as all of the required parties have received service pursuant to Rule 4, Fed. R. Civ. P. and responsive or other pleadings have been filed.

SO ORDERED.

_____
LOUISE W. FLANAGAN, U.S. District Judge